## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 98 CR 923 - 1 | **DATE** | 2/3/2006 |
| **CASE TITLE** | USA vs. Joseph Miedzianowski | | |

**DOCKET ENTRY TEXT**

The court believes, as it did at the time of the original sentencing, that the sentence imposed is reasonable and is necessary to protect the public and reflect the seriousness of Miedzianowski's offenses. Enter Memorandum and Order.

■ [ For further detail see separate order(s).]  Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | rs |
|---|---|---|