UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 98 CR 923 |
| v. | ) Honorable Virginia Kendall |
| | ) |
| JOSEPH JEROME MIEDZIANOWSKI, | ) |
| | ) |
| Defendant. | ) |

**AGREED MOTION FOR LEAVE TO FILE EXHIBITS TO DEFENDANT'S SUPPLEMENTAL MOTION TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO § 404 OF THE FIRST STEP ACT OF 2018**

NOW COMES the defendant, JOSEPH JEROME MIEDZIANOWSKI, by and through his attorney,

ALLISON K. MUTH, and respectfully moves this Court for Leave to File Exhibits to his

Supplemental Motion to Defendant's Motion to Reduce Sentence Pursuant to § 404 of the First

Step Act of 2018, *Instanter.* In support thereof, the Defendant states as follows:

1.) That Defendant, JOSEPH JEROME MIEDZIANOWSKI, filed his supplemental Motion to

Reduce Sentence Pursuant to § 404 of the First Step Act of 2018 on June 27, 2020.

2.) That in support of his supplemental motion, numerous letters from family and

friends and other supporting documentation from Pekin Correctional Facility have

been obtained by Mr. Miedzianowski counsel.

3.) That the Government has no objection to the filing of these exhibits.

WHERFORE, the Defendant, JOSEPH JEROME MIEDZIANOWSKI, respectfully requests

that this Honorable Court, grant the defendant leave to file his Exhibits to his supplemental

Motion to Reduce Sentence pursuant to § 404 of the First Step Act of 2018.

1

2

Date: the 30th of July, 2020

Respectfully Submitted,

_____s/ Allison K. Muth_____

Attorney for Defendant

§Allison K. Muth
345 E. Wacker Drive, suite 4304
Chicago, Illinois 60601
(708) 205-1869
Allison.muth.law@gmail.com

**CERTIFICATE OF SERVICE**

I, Allison K. Muth, attorney for Defendant Joseph Jerome Miedzianowski, hereby certify that on July 30th , 2020, I filed the above described document(s)  on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constates service of the same.

Respectfully Submitted,

_____s/Allison K. Muth_____