# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

February 24, 2023

Before

**DAVID F. HAMILTON**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*
**CANDACE JACKSON-AKIWUMI**, *Circuit Judge*

| | |
|---|---|
| No. 21-2358 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>JOSEPH J. MIEDZIANOWSKI,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:98-cr-00923-1 |
| Northern District of Illinois, Eastern Division |
| District Judge Virginia M. Kendall |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

*[signature: Christopher Conway]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)